UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In the Matter of the Search of: | 21 M 53 |
|---|---|
| The two-story single-family home located at 213 Winding Trails Drive, Willow Springs, IL 60480, Illinois | Magistrate Judge Maria Valdez |

**FIRST MOTION TO EXTEND THE TIME TO
RETURN CERTAIN ELECTRONIC DEVICES**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, states as follows in support of its Motion to Extend the Time to Return Certain Electronic Devices:

1. On or about February 3, 2021, the government submitted an Application and Affidavit for Search Warrant ("Application") in this matter. The Application provided facts supporting probable cause to believe that electronic devices, among other things, in the home located at 213 Winding Trails Drive, Willow Springs, Illinois (the "**Subject Premises**") would contain evidence, instrumentalities, fruits, and contraband concerning violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(6), and 924(a)(1)(A), and Title 26, United States Code, Sections 5821, 5822, and 5861 (the "**Subject Offenses**").

2. The Application further provided that the government would return any electronic storage media removed from the **Subject Premises** within 30 days of the removal unless those items contained contraband or constitute an instrumentality of the crime, or otherwise ordered by the Court. *See* Addendum to Attachment B of the Application. This Court granted the Application and issued the Search Warrant.

3. On February 3, 2021, law enforcement officers from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") executed the Search Warrant at the **Subject Premises**. During the execution of the Search Warrant, the agents seized approximately two laptops, two cellphones, two tower computers, two desktop computers, an iPad Mini, 14 hard drives, and four thumb drives (the "**Subject Items**"). *See* R. 2 (return).

4. According to ATF, it has not been able to examine the **Subject Items** due to, in large part, COVID-19-related staffing issues. ATF has prioritized the review of the two cellphones and one laptop by sending them to the Regional Computer Forensics Lab ("RCFL") for analysis. As of today, March 4, 2021, one cellphone has been imaged and is awaiting processing; the other cellphone is undergoing de-encryption; and RCFL very recently determined that the laptop cannot be accessed without risking the compromise of data and ATF is evaluating whether further legal process is required to identify whether it contains contraband or constitutes an instrumentality. After these items have been processed and ATF determines whether they contain contraband or constitute an instrumentality, they will be promptly returned. The remaining **Subject Items** are in ATF's custody and ATF intends to send them for analysis and processing as soon as RCFL's availability permits.

5. At this time, the government does not have an estimate of how long it will take for the RCFL to access and review the devices. Accordingly, to access and to

complete a full review of the **Subject Items**, the ATF requests an additional 90 days to complete its review of the data stored on the **Subject Items**.

WHEREFORE, the government respectfully requests that this Court grant an additional 90 days, to and including June 2, 2021, to return any removed items not containing contraband or that do not constitute an instrumentality of the crime.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney
    Northern District of Illinois

By:   */s/ Thomas P. Peabody*
    Thomas P. Peabody
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-4307

Dated: March 4, 2021