UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | 21 M 53 |
| The two-story single-family home located at 213 Winding Trails Drive, Willow Springs, IL 60480, Illinois | Magistrate Judge Maria Valdez |

## FOURTH MOTION TO EXTEND THE TIME TO RETURN CERTAIN ELECTRONIC DEVICES

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, states as follows in support of its Motion to Extend the Time to Return Certain Electronic Devices:

1. On or about February 3, 2021, the government submitted an Application and Affidavit for Search Warrant ("Application") in this matter. The Application provided facts supporting probable cause to believe that electronic devices, among other things, in the home located at 213 Winding Trails Drive, Willow Springs, Illinois (the "**Subject Premises**") would contain evidence, instrumentalities, fruits, and contraband concerning violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(6), and 924(a)(1)(A), and Title 26, United States Code, Sections 5821, 5822, and 5861 (the "**Subject Offenses**").

2. The Application further provided that the government would return any electronic storage media removed from the **Subject Premises** within 30 days of the removal unless those items contained contraband or constitute an instrumentality of the crime, or otherwise ordered by the Court. *See* Addendum to Attachment B of the Application. This Court granted the Application and issued the Search Warrant.

3.     On February 3, 2021, law enforcement officers from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") executed the Search Warrant at the **Subject Premises**. During the execution of the Search Warrant, the agents seized approximately two laptops, two cellphones, two tower computers, two desktop computers, an iPad Mini, 14 hard drives, and four thumb drives (the "**Subject Items**"). *See* R. 2 (return).

4.     On March 4, 2021, the government filed its First Motion to Extend the Time to Return Certain Electronic Devices. As stated in that motion, and according to the ATF, it had not been able to examine the **Subject Items** due to, in large part, COVID-19-related staffing issues at the Regional Computer Forensics Lab ("RCFL"). As of the filing of that Motion, one cellphone had been imaged and was awaiting processing; the other cellphone was undergoing de-encryption; and the RCFL had recently determined that the laptop cannot be accessed without risking the compromise of data and the ATF was evaluating whether further legal process is required to identify whether it contains contraband or constitutes an instrumentality. The Court granted this extension request.

5.     On June 2, 2021, the government filed its Second Motion to Extend Time to Return. As stated in that motion, the RCFL had returned one of the two cellphones while the other was still undergoing de-encryption. The RCFL also had accepted two computer towers, two desktop computers, and two hard drives for review. The Court granted that extension request. On August 30, 2021, the government filed its Third Motion to Extend Time, noting that one of the cell phones was assigned an examiner

and continued to be in long-term extraction status.[1] The Court granted that extension request as well.

6. As of today, according to the RCFL, the four thumb drives have also been accepted by the RCFL and have been assigned to a reviewer. According to the RCFL, the remaining items that have been accepted have not yet been assigned a reviewer.

7. According to the RCFL, the lab has continued to experience a backlog of inventory to be reviewed which has impacted its ability to review the **Subject Items**. The remaining **Subject Items** are in ATF's custody and ATF intends to send them for analysis and processing as soon as RCFL's availability permits.

8. At this time, the government does not have an estimate of how long it will take for the RCFL to access and review the devices. Accordingly, to access and to complete a full review of the **Subject Items**, the ATF requests an additional 90 days to complete its review of the data stored on the **Subject Items**.

WHEREFORE, the government respectfully requests that this Court grant an additional 90 days, to and including February 27, 2022, to return any removed items not containing contraband or that do not constitute an instrumentality of the crime.

---

[1] The government also noted in this motion that it planned to return the laptop and cell phone of which the RCFL had completed its attempted extraction. That has not yet occurred, due to an apparent miscommunication, but the government plans to do so in the near future.

Dated: November 29, 2021          Respectfully submitted,

                                                   JOHN R. LAUSCH, JR.
                                                   United States Attorney
                                                   Northern District of Illinois

By:     */s/ Thomas P. Peabody*
         Thomas P. Peabody
         Assistant United States Attorney
         219 S. Dearborn Street, Rm. 500
         Chicago, Illinois 60604
         (312) 353-4307